**MEMO ENDORSED**

Christopher J. Bowes, Esq.
54 Cobblestone Drive
Shoreham, NY 11786
Tel/Fax (631) 929-1700
Cell (212) 979-7575
Email cjbowes@gmail.com
_____

November 15, 2024

Via ECF
Hon. Victoria Reznik
United States Magistrate Judge
The Hon. Charles L. Brieant Jr.
Federal Building and United States Courthouse
300 Quarropas St.
White Plains, NY 10601-4150

              RE:  Bethea v. O'Malley
                  7:24 civ 5983 (KMK)(VR)

Dear Judge Reznik:

   I am writing to request an extension of time, <u>nunc pro tunc</u>, in which to serve Plaintiff's Brief. The Certified Administrative Record was filed on October 7, 2024 and, as such, I should have filed plaintiff's Brief on November 6, 2024. This is plaintiff's first request for an extension of time and is made with consent of opposing counsel.

   I mistakenly believed that the parties reset the briefing schedule in this case to allow Plaintiff 60 days to file his brief. This is mistaken, and there was in fact no such revised scheduling order. I now seek approval of a revised schedule that provides the parties 60 days to prepare their respective briefs. I apologize to the Court and opposing counsel for this delay and disruptions to Your schedules.

   With the kind consent of opposing counsel, SAUSA Kristina Cohn, I respectfully request approval of the following revised schedule:

December 7, 2024  Plaintiff's Motion for Judgment on the Pleadings
February 5, 2025   Defendant's Responsive Brief
February 19, 2025  Plaintiff's Reply Brief

   Thank you for you for Your Honor's attention to this matter. .

                  Respectfully submitted,

                  */s/ Christopher J. Bowes, Esq.*
                  Christopher J. Bowes, Esq.

cc: Kristina Cohn, Esq.  Plaintiff's request is **GRANTED**, and the
   Attorney for Defendant proposed briefing schedule is adopted.

                 SO ORDERED.
                 *[signature]*
                 Hon. Victoria Reznik, U.S.M.J.

Dated: 11/18/2024