**MEMO ENDORSED**

**Christopher J. Bowes, Esq.**
54 Cobblestone Drive
Shoreham, NY 11786
Tel/Fax (631) 929-1700
Cell (212) 979-7575
Email cjbowes@gmail.com
_____

December 9, 2024

Via ECF
Hon. Victoria Reznik
United States Magistrate Judge
The Hon. Charles L. Brieant Jr.
Federal Building and United States Courthouse
300 Quarropas St.
White Plains, NY 10601-4150

              RE: Bethea v. O'Malley
                 7:24 civ 5983 (KMK)(VR)

Dear Judge Reznik:

  I am writing to request an extension of in which to serve Plaintiff's Brief. This is plaintiff's second request for an extension of time and is made with consent of opposing counsel.

  I previously file a request asking to extend the time to December 7, 2024. Unfortunately, due to what has been an extremely busy two weeks, I was not able to complete the papers. With the kind consent of opposing counsel, SAUSA Kristina Cohn, I seek approval of the revised schedule below and apologize to the Court for the delay and disruptions to Your schedules.

| | |
|---|---|
| December 10, 2024 | Plaintiff's Motion for Judgment on the Pleadings |
| February 10, 2025 | Defendant's Responsive Brief |
| February 24, 2025 | Plaintiff's Reply Brief |

  Thank you for you for Your Honor's attention to this matter. .

                Respectfully submitted,

                */s/ Christopher J. Bowes, Esq.*
                Christopher J. Bowes, Esq.

cc: Kristina Cohn, Esq.
   Attorney for Defendant

Plaintiff's request is **GRANTED** and the revised briefing schedule is adopted.

The Clerk of Court is kindly directed to close the gavel associated with ECF No. 11.

SO ORDERED.
*[signature]*
Hon. Victoria Reznik, U.S.M.J.

Dated: 12/10/2024